IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:17CR286 |
| vs. | |
| JOSE LUIS MURILLO, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [232]. The Court notes that a jury trial is set for August 27, 2018, before District Judge Robert F. Rossiter, Jr. as to Defendant Jose Luis Murillo, and co-defendants Brijido Beltran-Rodelo, John F. Haller, III, Ana Karla Rodriguez-Torrez, Fidel Giovanni Avila-Monzon, Matian Alfonso Ceballos-Aguirre, Jesus Francisco Monzon-Moreno, Juan Vega-Diaz, Marcos Monzon-Rivas, and Dora Maria Ortiz-Torres. However, for good cause shown, I find that the motion should be granted. Defendant will be given an approximate thirty (30) day extension. Leave is given to file pretrial motions on or before August 15, 2018. Accordingly,

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [232] is granted. Pretrial motions shall be filed on or before August 15, 2018.

2. The Jury Trial set for August 27, 2018, as to Jose Luis Murillo, and co-defendants Brijido Beltran-Rodelo, John F. Haller, III, Ana Karla Rodriguez-Torrez, Fidel Giovanni Avila-Monzon, Matian Alfonso Ceballos-Aguirre, Jesus Francisco Monzon-Moreno, Juan Vega-Diaz, Marcos Monzon-Rivas, and Dora Maria Ortiz-Torres is cancelled, and shall be rescheduled upon the expiration of the August 15, 2018, pretrial motion filing deadline.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between July 16, 2018, and August 15, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that additional time is required to adequately prepare the case, taking into

consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(6)-(7).

Dated this 19th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge